IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                          )<br>            **Plaintiff,**            )<br>                                                          )<br>vs.                                                   )<br>                                                          )<br>**TAURMEL M. WINSTON,**       )<br>                                                          )<br>            **Defendant.**          ) | Case No. 8:08CR258<br><br><br>ORDER |

On August 21, 2008, defense counsel advised the court that the defendant wished to withdraw his pending Motion to Suppress [14]. Accordingly,

**IT IS ORDERED:**

1. The suppression hearing set for the afternoon of August 21, 2008 is cancelled.

2. Defendant's Motion to Suppress [14] is deemed withdrawn.

Dated this 21st day of August 2008.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge