IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | 8:08CR258 |
| vs. ) | |
| ) | ORDER |
| TAURMEL M. WINSTON, ) | |
| Defendant. ) | |

Defendant Taurmel M. Winston appeared before the court on October 9, 2013 on an Amended Petition for Warrant or Summons for Offender Under Supervision [49]. The defendant was represented by Assistant Federal Public Defender Michael F. Maloney, and the United States was represented by Assistant U.S. Attorney Thomas J. Kangior. The defendant waived his right to a preliminary hearing. The government moved for detention. A detention hearing was held on October 18, 2013 at which time the government withdrew its motion for detention provided the defendant abide by modified conditions of release. The defendant agreed to abide by modified conditions of release. Therefore, the defendant was ordered released on modified conditions effective October 21, 2013.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Bataillon.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Judge Bataillon, in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **on December 5, 2013 at 1:30 p.m.** Defendant must be present in person.

2. The defendant is released on modified conditions of supervision effective October 21, 2013.

DATED this 18th day of October, 2013.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge